NUMBER 13-03-109-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


_______________________________________________________________

 

HORACIO GARCIA , Appellant,



v.




THE STATE OF TEXAS, Appellee.

_______________________________________________________________



On appeal from the 103rd District Court 

of Cameron County, Texas.


________________________________________________________________



MEMORANDUM OPINION



Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam




 Appellant, HORACIO GARCIA , attempted to perfect an appeal from a judgment entered by the 103rd District Court of
Cameron County, Texas. Sentence in this cause was imposed on January 6, 2003 . An untimely motion for new trial was
filed on February 14, 2003 . The notice of appeal was due to be filed on February 5, 2003 , but was not filed until February
14, 2003 . Said notice of appeal is untimely filed. Appellant filed an untimely motion to extend time to file notice of
appeal on February 24, 2003 .

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time for filing notice of appeal if such
notice is filed within fifteen days of the last day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension. Appellant failed to file his notice of appeal and motion
requesting an extension of time within such period. 

 The Court, having considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's
untimely motion, is of the opinion that the appeal should be dismissed for want of jurisdiction. Appellant's untimely
motion to extend time to file notice of appeal is dismissed. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 3rd day of April, 2003 .